**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID HOGUE, | ) |
|     Plaintiff, | ) |
|     v. | )   2:16-cv-01582-APG-PAL |
| OFFICER THOMAS et al., | )   **ORDER** |
|     Defendants. | ) |

**I.   DISCUSSION**

Based on the Clark County Detention Center ("CCDC") inmate database, Plaintiff is no longer incarcerated at the CCDC. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. The Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

///

///

///

///

///

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: This 4th day of April, 2017.

_____
United States Magistrate Judge

2